IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:17-CV-629-WKW |
| ROBIN O'NEAL, OLIVER O'NEAL, and EARLINE WILLIAMSON, | ) ) ) ) ) | |
| Defendants. | ) | |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 33.) No party filed an objection to the Recommendation. Based upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 33) is ADOPTED;

(2) Metropolitan Life Insurance Company's Motion for Dismissal (Doc. # 27) is GRANTED to the extent that Metropolitan Life Insurance Company is DISMISSED with prejudice and is DISCHARGED from any and all liability to Defendants Robin O'Neal, Oliver O'Neal, and Earline Williamson arising out of or relating to the Federal Employees' Group Life Insurance Policy that is the subject of this suit; and

(3) Metropolitan Life Insurance Company's request for attorney's fees and costs (Doc. # 27) is DENIED as moot.

DONE this 4th day of January, 2018.

                                             /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE